UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ASHI IRSHAD,

        Plaintiff,

v.

THE URGENTLY COMPANY, et al.,

        Defendants.

Case No. 23-cv-03376-TLT

ORDER TO SHOW CAUSE

Re: Dkt. No. 28

    This action was initiated by Plaintiff, Ashi Irshad.

    On September 12, 2024, the Court held a case management conference in which neither party appeared. Plaintiff also failed to submit a case management statement in preparation for the September 12, 2024, conference as required under Judge Thompson's Civil Standing Order (See, Judge Thompson's Civil Standing Order at Para. 12). Finally, Plaintiff failed to respond to the Court's notices, and failed to respond to defense counsel's correspondence to close the matter .

    Defendant counsel, absent a signature from the Plaintiff, has requested that the Court dismiss the matter because it is settled. Defendant has indicated that they made payment to Plaintiff but they have not filed release forms or proof of payment under seal, as a consequence, the Court is reluctant to issue the dismissal at this time.

    The Defendant may attach **under seal** confirmation of full payment to the Plaintiff and once that is received, the Court will dismiss the matter on September 26, 2024, and terminate the case. If there is some discrepancy, this is the Plaintiff's final opportunity to address the Court.

    **IT IS SO ORDERED.**

Dated: September 12, 2024

_____
TRINA L. THOMPSON
United States District Judge